UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SMILEY JAMES HARRIS
a/k/a JAMES LaVELL HARRIS,

    Petitioner,

  v.

STATE OF CALIFORNIA,

    Respondent.
                              /

No. C 09-3257 SI (pr)

**JUDGMENT**

This action for a writ of habeas corpus is dismissed without prejudice to petitioner filing a civil rights action under 42 U.S.C. § 1983, preferably using the court's civil rights complaint form.

IT IS SO ORDERED AND ADJUDGED.

DATED: April 1, 2010

                                        SUSAN ILLSTON
                                        United States District Judge